IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00031-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LEE GREEN, JR.,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for New Counsel [DE 31] and David W. Venable's Motion to Withdraw as Counsel of Record [DE 33]. Upon consent of the parties and for good cause shown, both motions are GRANTED. Mr. Venable's representation of Defendant in this matter is TERMINATED. The Federal Public Defender's Office is ORDERED to appoint new counsel to represent Defendant.

Defendant also moves to reopen his detention hearing [DE 32]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE to his ability to re-raise the issue through new counsel.

SO ORDERED this 28th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE