IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00031-M-BM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL LEE GREEN, JR.,

     Defendant.

ORDER

The court takes up this matter sua sponte. The Clerk of Court is ORDERED to place the motion at DE 54 under seal. Defense counsel is ORDERED to notify the court within fourteen days as to his position regarding whether the motion should be maintained under seal.

SO ORDERED this ___7th___ day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE